**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Arthur A. SMITH, Defendant/Appellant.**

**No. ED 90639.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 14, 2008.

Nancy A. McKerrow, Ellen H. Flottman, co-counsel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Cory Lee Atkins, co-counsel, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K HOFF, J.

### ORDER

PER CURIAM.

Appellant Arthur Smith appeals the trial court's conviction on two counts of second-degree domestic assault (§ 565.073). We have reviewed the briefs of the parties and the record on appeal, and we conclude that the trial court did not err. No precedential or jurisprudential purpose would be served by an opinion reciting the detailed facts and restating the principles of law. A memorandum has been provided to the parties for their use only, setting

forth the reasons for this order. We affirm pursuant to Rule 30.25(b).